# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NANCY LEBOUEF

VERSUS

AMERICAN SERVICE INSURANCE
COMPANY, INC., BERGERON
MOBILE HEALTH SERVICE, INC.,
AND SHAWN CALLOWAY

NO.  2022 CW 0050

MARCH 28, 2022

---

In Re:   Louisiana Insurance Guaranty Association, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 184338.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART**. The portion of the district court's December 10, 2021 judgment granting in part the motions to compel and ordering defendant, Louisiana Insurance Guaranty Association, to pay plaintiff $750.00 in attorneys fees and all costs associated with filing the motions in the amount of $367.74 plus any and all additional costs associated with filing the motion and appearing at the hearing of November 19, 2021 is reversed.  The judgment of the district court denied the motions to compel, finding the discovery responses by defendants sufficient. Attorneys' fees may be awarded only if an order is issued directing that discovery requests be answered pursuant to the directive of La. Code Civ. P. art. 1469. **Russell v. Snelling Personnel**, 2001-2134 (La. App. 1st Cir. 10/9/02), 835 So.2d 672, 679-80.  La. Code Civ. P. art. 1469 does not authorize the award of attorneys' fees and costs to a mover when a motion to compel is denied.   This writ application is denied in all other respects.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT